IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| VANESSA THOMPSON, | * | |
| Plaintiff, | * | |
| v. | * | CV 120-081 |
| MERCHANTS CREDIT BUREAU, INC., | * | |
| Defendant. | * | |

O R D E R

Before the Court is Plaintiff's Notice of Voluntary Dismissal. (Doc. 4.) Upon consideration, dismissal is proper under Federal Rule of Civil Procedure 41(a)(1)(A)(i). **IT IS THEREFORE ORDERED** that Plaintiff's claims are **DISMISSED WITHOUT PREJUDICE**. The Clerk is directed to **CLOSE** this case.

**ORDER ENTERED** at Augusta, Georgia, this 6th day of October, 2020.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA